NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Craig. M. Collins (SBN 151582)
Blum Collins LLP
707 Wilshire Blvd, Suite 4880
Los Angeles, CA 90017
Telephone: 213.572.0405
Fax: 213.572.0401
collins@blumcollins.com

ATTORNEY(S) FOR: Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Peak Oil Holdings, LLC, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-CV-00734 |
| v. | |
| County of Ventura | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Peak Oil Holdings, LLC | Plaintiff |
| Peak Operator, LLC | Plaintiff |
| Peak Oil Ventures, LLC | Owns Interest in Peak Oil Holdings |
| Vaca Energy, LLC | Owns Interest in Peak Oil Holdings |
| Larry Janssen (Vaca Resources, LLC) | Owns Interest in Peak Oil Holdings |
| Michael Khoury (S.M. Khoury Revocable Living Trust) | Owns Interest in Peak Oil Holdings |
| Robert Bell (RAB Resources, LLC) | Owns Interest in Peak Oil Holdings |
| Peak Oil XE, LLC | Owns Interest in Peak Oil Holdings |
| Alegre Trust dtd 1/21/2000 | Owns Interest in Peak Oil Holdings |
| Jennifer Joyce | Owns Interest in Peak Oil Holdings |
| San Pasqual Corporation | Owns Interest in Peak Oil Holdings |
| Shaman LP | Owns Interest in Peak Oil Holdings |
| (Continued on attached page) | |

| 1/28/2021 | /s/ Craig M. Collins |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

| PARTY | CONNECTION/ INTEREST |
|---|---|
| Nautilus Trust dtd 9/10/1999 | Owns Interest in Peak Oil Holdings |
| Gary Wilson | Owns Interest in Peak Oil Holdings |
| Chris Tribull | Owns Interest in Peak Oil Holdings |
| Walker Living Trust dtd 1/4/1999 | Owns Interest in Peak Oil Holdings |
| County of Ventura | Defendant |