JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEAK OIL HOLDINGS LLC et al.,<br>　　Plaintiffs,<br><br>　　　　v.<br><br>COUNTY OF VENTURA,<br>　　Defendant. | 2:21-cv-00734-DSF-AFMx<br><br>JUDGMENT |
| COUNTY OF VENTURA,<br>　　Counter-Claimant,<br><br>　　　　v.<br><br>PEAK OIL HOLDINGS LLC, et al.,<br>　　Counter-Defendants. | |

　　The Court having granted a motion for summary judgment.

　　IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: December 14, 2023

　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　United States District Judge